**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RICHARD VERNON MOORE**                                            **PLAINTIFF**

**v.**                                    **Case No. 3:25-cv-00008-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                    **DEFENDANT**

**<u>ORDER</u>**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 16) and the Plaintiff's Objections (Doc. 17). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE